O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HIRIO ABDIEL VELAZQUEZ LOPEZ,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondent.

Case No. 5:26-cv-01867-CAS (MAR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to IMMEDIATELY RELEASE Petitioner Hirio Abdiel Velazquez Lopez (A# 248-000-600) from custody unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a);

///

and to file a statement with the court within one business day, attesting to Respondents' compliance with this Order.


Dated: June 3, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2