JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HIRIO ABDIEL VELAZQUEZ LOPEZ,

                    Petitioner,

          v.

JAMES JANECKA, et al.,

                  Respondent.

Case No. 5:26-cv-01867-CAS (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are to IMMEDIATELY RELEASE Petitioner Hirio Abdiel Velazquez Lopez (A# 248-000-600) from custody unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a); and Respondents are ordered to file a notice of compliance advising how they complied with this Order within one business day.

Dated: June 3, 2026

*Christine A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE